**BRYAN CAVE LLP**
Glenn Plattner, California Bar No. 137454
Shelly C. Gopaul, California Bar No. 246382
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
Email:   glenn.plattner@bryancave.com
         shelly.gopaul@bryancave.com

Attorneys for Plaintiff
SHAKEY'S USA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S USA, Inc., a Delaware corporation, | Case No. 1:09-CV-00093-OWW-DLB |
| Plaintiff, | STIPULATION AND ORDER FOR ENTRY OF PERMANENT INJUNCTION AND JUDGMENT AGAINST DEFENDANT JOSHUA CHO |
| v. | |
| TUTTO'S PIZZA CORP., business entity unknown; CM RESTAURANT GROUP, INC., a California corporation; AMIRA HANNA, an individual; and JOSHUA CHO, an individual, | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

PLAINTIFF SHAKEY'S USA, INC., a Delaware corporation ("Shakey's"), on the one hand, and DEFENDANT JOSHUA CHO, an individual ("Cho"), on the other hand, do each individually and collectively stipulate and agree pursuant to Rule 65 of the Federal Rules of Civil Procedure as follows:

WHEREAS, Shakey's previously entered into a Franchise Agreement with James Kim ("Kim") for the operation of the Shakey's restaurant located at 4984 E. King Canyon Rd., Fresno, California, 93727 (the "Restaurant").

WHEREAS, on or around August 1, 2006, Kim assigned all of his rights, title and interest in and to the franchise agreement to Eugene and Nancy Yamamoto (the "Yamamotos"), who then operated the Restaurant as a Shakey's restaurant under a franchise agreement with Shakey's.

WHEREAS, the Yamamotos' franchise agreement was terminated on February 22, 2007, as a result of the Yamamotos' multiple breaches of the franchise agreement, however, the Restaurant continued to be operated using Shakey's trademarks and trade dress.

WHEREAS, Shakey's is informed and believes that after the Yamamotos ceased running the Restaurant, Joshua Cho ("Cho") was involved with the operation of the Restaurant;

WHEREAS, Shakey's filed a complaint in the United States District Court, Eastern District of California, entitled *Shakey's USA, Inc. v. Tutto's Pizza Corp. et al.*, Case No. 1:09-CV-00093-OWW-DLB alleging Federal Trade Dress Infringement, Federal Trademark Infringement, California Common Law Trademark Infringement and Unfair Competition, Federal and State Trademark Dilution, Misappropriation of Trade Secrets, Common Law Misappropriation of Trade Secrets, False Designation of Origin and False Description, Unfair Competition and Temporary Restraining Order and Injunctive Relief (the "Action");

WHEREAS, Cho contends that he no longer has any involvement with the Restaurant;

WHEREAS, this injunction is needed to protect Shakey's trademarks and trade secrets;

WHEREAS, Shakey's and Defendant Joshua Cho ("Cho") consent to and waive all objections to the non-exclusive personal jurisdiction of, and venue in, the United States District Court, Eastern District of California, for the purposes of all cases and controversies involving this

PDF created with pdfFactory trial version www.pdffactory.com

Stipulated Injunction and its enforcement and consent to the continued jurisdiction of this Court to enforce this Stipulated Injunction;

NOW, THEREFORE, the parties agree as follows:

(1)     Cho and his agents, directors, officers, and employees are required to:

(a)     immediately discontinue the use of the Shakey's Marks, including but not limited to Shakey's service marks, trademarks and trade name, the sale of Mojo Potatoes, and the use of any and all signs and printed goods bearing the said Shakey's Marks and/or any references whatever thereto;

(b)     immediately destroy all materials imprinted with the name "Shakey's" and/or "Shakey's Pizza Parlor and Ye Public House" and/or any other Shakey's Marks;

(c)     immediately discontinue to operate or do business under any name or in any manner that might tend to give the general public the impression that Cho is any longer connected in any way with Shakey's or any longer has any right to the use of the Shakey's System;

(d)     immediately discontinue to make, use or avail of any of the trade secrets of, or information imparted by Shakey's or disclose or reveal any such other information or any portion thereof to others;

(e)     immediately return to Shakey's the Operations Manual and all copies thereof, together with all other material containing trade secrets, operating instructions, or business practices, if any such information is currently in Cho's possession, custody, or control;

(f)     refrain from occupying, constructing, equipping, ordering or assisting any person or persons in the occupation, construction, or equipping of any premises incorporating the distinctive features or equipment layout which Shakey's has originated and developed and which are identifying characteristics of premises operated by Shakey's franchisees;

(g)     immediately cease using in the Restaurant, or otherwise, any Shakey's artwork and signs, interior and exterior color schemes distinctive to Shakey's, distinctive

PDF created with pdfFactory trial version www.pdffactory.com

1   window glass and lamps, or other trade dress used by any licensed Shakey's pizza parlor
2   restaurant;

3   (2) That Cho and his employees, agents, servants, attorneys, and those persons in
4   active concert or participation with him are permanently enjoined and restrained from:

5   (a) Doing anything to cause potential purchasers of Cho's goods or services to
6   believe that Cho's goods or services originate with Shakey's or are authorized, endorsed,
7   or affiliated with or sponsored by Shakey's, including but not limited to using the Shakey's
8   Marks, trade secrets or trade dress.

**IT IS SO STIPULATED.**

Dated: May 31, 2009                     Respectfully submitted,

                                        **BRYAN CAVE LLP**
                                        GLENN PLATTNER
                                        SHELLY C. GOPAUL


                                        /s/ SHELLY GOPAUL
                                        Shelly C. Gopaul
                                        Attorneys for Plaintiff
                                        Shakey's USA, Inc.


Dated: May 31, 2009                     Respectfully submitted,

                                        **JOSHUA CHO**



                                        By:  /s/ JOSHUA CHO
                                             Joshua Cho
                                        Defendant in *Pro Per*

**IT IS SO ORDERED.**

DATED: January 8, 2010                  _/s/ OLIVER W. WANGER_____
                                        Honorable Oliver W. Wanger
                                        Judge, United States District Court

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386